[Crim. No. 329.   Third Appellate District.—October 20, 1915.]

In the Matter of the Application of JAMES THOMPSON, on Habeas Corpus.

CRIMINAL LAW — COMMITMENT — WANT OF PROBABLE CAUSE — HABEAS CORPUS.—Prisoner discharged on *habeas corpus* on the authority of *Ex parte Hartwell, ante,* p. 627.

APPLICATION for a Writ of Habeas Corpus.

The facts are similar to those stated in the opinion in *Ex parte Hartwell, ante,* p. 627, [153 Pac. 730].

Hennessy & Peterson, and James Snell, for Petitioner.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—This petition is based upon the proceedings in *Ex parte Hartwell,* (Crim. No. 328), *ante,* p. 627, [153 Pac. 730], this day decided. The charge and the evidence were the same in both cases.

Upon the authority of *Ex parte Hartwell,* the prisoner is discharged.